SCHMOLL v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 4, 1907.) No. 79 (4,187). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 154 Fed. 734, in which the Circuit Court reversed a decision of the Board of United States General Appraisers (G. A. 6,268; T. D. 27,021), which had reversed the assessment of duty by the collector of customs at the port of New York. Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for the importers. D. Frank Lloyd, Asst. U. S. Atty. (Henry L. Stimson, U. S. Atty., on the brief), for the United States. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decision affirmed.

---

SCHROTTER v. UNITED STATES. (Circuit Court of Appeals, Third Circuit. December 18, 1908.) In Error to the District Court of the United States for the District of New Jersey. Everett P. Wheeler, for plaintiff in error. John B. Vreeland, for the United States. Before DALLAS and BUFFINGTON, Circuit Judges, and LANNING, District Judge.

BUFFINGTON, Circuit Judge. The filing of an opinion directing a reversal of this case was postponed to await the action of the Supreme Court in Taylor v. United States (No. 238) 207 U. S. 120, 28 Sup. Ct. 53, 52 L. Ed. ——. That case having been decided, and the grounds for a reversal of the present case being there fully set forth, we refrain from any discussion. The judgment of the court below is, on the authority of that case, reversed, and the case remanded to the court below, with directions to discharge the defendant.

---

SOUTHERN PACIFIC CO. v. MELVIN.* (Circuit Court of Appeals, Fifth Circuit. February 11, 1908.) No. 1,711. In Error to the Circuit Court of the United States for the Western District of Texas. T. J. Beall and Wyndham Kemp, for plaintiff in error. Seymour Thurmond, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The plea of privilege, based on facts to be proved, was voluntarily submitted to the judge a quo without the intervention of a jury. As there was no agreed statement of facts, nor any special finding of facts, we must accept the judge's findings on the said plea as conclusive. Lehnen v. Dickson, 148 U. S. 71, 13 Sup. Ct. 481, 37 L. Ed. 373. On the plea of lis pendens, and on the evidence submitted, we concur in the ruling of the trial judge. In the trial of the main case we find no reversible error. The judgment of the Circuit Court is affirmed.